# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRUTERA AGROSAN EXPORT SPA, et al.** : | **CIVIL ACTION** | |
| **Plaintiffs,** : | | |
| v. : | | |
| **MSC MEDITERRANEAN SHIPPING COMPANY, S.A., et al.** : | **NO. 2:23-cv-00885-MRP** | |
| **Defendants.** : | | |

## ORDER

**AND NOW,** this 29th day of March, 2024, upon consideration of the Amended Complaint (ECF No. 19) and the Bills of Lading (ECF No. 25-1), it is hereby **ORDERED** that the Clerk of Court is **DIRECTED** to **TRANSFER** the above-captioned case to the United States District Court for the Southern District of New York.

BY THE COURT:

_____
Hon. Mia R. Perez